Case 5:16-cv-00064-DPM   Document 12   Filed 06/03/16   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WAYDE EARL STEWART
ADC #65252                                                                                      PETITIONER

v.                                       No. 5:16-cv-64-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                              RESPONDENT

## ORDER

1. On *de novo* review, the Court adopts the recommendation, № 8, and overrules Stewart's objections, № 11. FED. R. CIV. P. 72(b)(3). Stewart must get permission from the Court of Appeals before he can proceed with a second or successive petition. His petition will therefore be dismissed without prejudice for lack of jurisdiction. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

2. Because this Court lacks jurisdiction, Stewart's motion to continue, № 10, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 June 2016