IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WAYDE EARL STEWART
ADC #65252                                                              PETITIONER

v.                           No. 5:16-cv-64-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                              RESPONDENT

JUDGMENT

Stewart's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 June 2016